# ATTACHMENT 1

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

FILED/REC'D
2025 JUL 31 P 4: 22
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Sarah Gail Francis__

vs

(Full name of defendant(s))

__University of Wisconsin Hospital__

Case Number 25-CV-643-WMC

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)
__4701 Sheboygan Ave. Apt. 211, Madison, WI 53705__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant <u>University of Wisconsin Hospital</u>
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>600 Highland Ave, Madison, WI 53792</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

<u>See attached statement</u>

Continued Statement of Claim S. Francis V. UW Health

1. The plaintiff seeks redress for: termination, retaliation, harassment, failure to accommodate, failure to engage in interactive process.

2. The plaintiff, Sarah Francis, worked at the University of Wisconsin University Hospital during the Summer and Fall of 2022. While employed, UW Health did not act in good faith, did not engage in an interactive process, engaged in retaliation and allowed Sarah to be harassed and harmed by coworkers when she requested ADA accommodations. As a result, Sarah suffered adverse effects from her disability, lost wages, and humiliation. Sarah wants UW Health to pay lost wages, damages for suffering, intentional infliction of emotional distress, embarrassment, and humiliation.

3. Sarah made an ADA accommodation request in August 2022, while medical documentation was not presented with the initial application, Sarah granted UW Health permission to call the doctor's office directly and request records and information necessary to process the accommodation request and make a determination; this permission was granted on the form. UW Health did not reach out to the doctor's office and instead on August 19, 2022, a UW Health employee relations representative contacted Sarah and directed her to provide clinical documentation from her provider. The provider's office sent the form via fax to UW Health on August 23, 2022, and it was confirmed received. The accommodations request form from Sarah's provider affirmed that Sarah needed assistance with time management and struggled with social interactions. For nearly three weeks, the received form was unprocessed; an employee relations consultant reached out to Sarah in early September 2022 asserting UW Health had not received documentation from the doctor's office and the case would be closed. Sarah affirmed that she had confirmation of receipt of the form by UW Health. Following this, the employee relations consultant then asserted that the document was misplaced, but once the document was located the accommodations were granted. UW Health understood the plaintiff's disability to make it "harder to manage with longer, varied shifts and fatigue."

4. On October 2, 2022 the plaintiff suffered a physiological flare up of her disability after she was given permission to take a short break by a Care Team Lead, thus a manager in the department. After returning from the break, a non-managerial co-worker harassed the plaintiff for taking a management-sanctioned break. The coworker took an aggressive posture and offensive tone as she began yelling at the plaintiff from across the emergency department waiting room several feet away. After the October 2, 2022, incident where the plaintiff was bullied and harassed and suffered a negative effect of her disability, the EDC Supervisor called the plaintiff in for a corrective meeting where the plaintiff was admonished for taking a break allowed by a manager and allowing a coworker to harass

and bully the plaintiff until she suffered a physiological disability response. Sarah requested breaks even if they had to be scheduled by management and informed the supervisor of her disability and to her disability submitted accommodation request and the supervisor declined stating that she was unaware of any disability or accommodations regarding the plaintiff despite the disclosure during the conversation.

5. The plaintiff then sent an email to employee relations formally requesting accommodations for breaks on October 5, 2022. Although the first ADA accommodation form that Sarah submitted adequately supported her request for scheduled breaks as outlined in UW Health policy 9.14 and affirmed by UW Health's understanding of Sarah's need to manage long shifts and fatigue, Sarah was told that she would need to submit another ADA accommodation request packet.

6. The plaintiff was retaliated against after sending the email requesting breaks as an accommodation. Sarah was made to work for twelve hours without having a break to manage the long shifts and fatigue associated with her autism between October 9 at 1901 and October 10 at 0709. Following this shift, Sarah suffered another disability related episode. Sarah followed up with the employee relations coordinator once again requesting breaks as an accommodation as her coworkers were not cooperating and not acting in good faith when Sarah requested breaks to manage her disability. Sarah was put on administrative leave and ultimately terminated at the end of October 2022 in retaliation.

7. UW Health has clearly defined rules regarding the handling of appeals and employee investigations. During paid administrative leave, Sarah was to be available during her normal working hours to assist with the investigatory process; UW Health did not reach out to her to participate in the process between the

2

hours of 1900 and 0700. Subsequently, during the appeals process, UW Health did not follow their timeline, process, or procedure stated in the policy. On the termination form, the supervisor misrepresented herself as the manager. However, during the plaintiff's attempts to aid in investigation and appeal, UW Health affirmed the supervisor was not a manager and was thus not required to participate in the meeting/process. UW Health further refused to move to the Step 2 appeal process after the organization missed the internal deadline for the Step 1 appeal.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff seeks monetary award, compensatory damages, actual damages, and punitive damages.

E.  JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
   OR
☐ Court Trial – I want a judge to hear my case

Dated this 31 day of July 2025.

Respectfully Submitted,

*Sarah Francis*
Signature of Plaintiff

(601) 983-8277
Plaintiff's Telephone Number

Sarahgailfrancis@gmail.com
Plaintiff's Email Address

4701 Sheboygan Ave, Apt. 211
Madison, WI 53705
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.